UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION
CASE NO.:  5:11-cv-360-RS-EMT

GLENN COLEMAN,
an individual,

                Plaintiff,

v.

LP GRACEVILLE, LLC,

                Defendant.

_____/

### STIPULATION FOR VOLUNTARY DISMISSSAL WITH PREJUDICE

       Plaintiff, GLENN COLEMAN and Defendant, LP GRACEVILLE, LLC, by and through their undersigned counsel, hereby stipulate to the voluntary dismissal of this action with prejudice, due to the settlement between the parties.  The parties shall bear their own fees, costs, and expenses incurred in this matter, except as agreed to by the parties in the Settlement Agreement between them.  The parties respectfully request that the Court reserve jurisdiction to enforce the settlement agreement through June 30, 2014.

       Respectfully submitted this __8__ day of October, 2012.

**Attorney for Plaintiff**

  **/s/Edward I. Zwilling**
**Edward I. Zwilling**
Schwartz Zweben, LLP
600 Vestavia Parkway
Suite 251
Birmingham, Alabama  33139
Telephone:  (205)822-2701
Facsimile:  (205)822-2702
E-mail:  ezwilling@szalaw.com

**Attorney for Defendant**

  **/s/Patricia H. Thompson**
**Patricia H. Thompson**
Florida Bar No.:  221783
CARLTON FIELDS, PA.
100 S.E. Second Street, Suite 4200
Miami, Florida  33130
Telephone:  (305) 530-0050
Facsimile:  (305) 530-0055
E-mail:  pthompson@carltonfields.com