IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

GLENN COLEMAN,

    Plaintiff,

v.                                    CASE NO. 5:11-cv-360-RS-EMT

LP GRACEVILLE, LLC,

    Defendant.
_____/

## ORDER

Before me is the Stipulation for Voluntary Dismissal With Prejudice (Doc. 29). Pursuant to N.D. Fla. Loc. R. 16.2(D), **IT IS ORDERED**:

1. This case is dismissed with prejudice from the active docket of the court.
2. In the event that the settlement between these parties is not consummated, the Court reserves jurisdiction, upon motion filed by either party within 60 days of the date of this Order, to amend or vacate and set aside this Order and reinstate the case.
3. The clerk is directed to close the file for administrative purposes, and upon the expiration of 60 days without activity, the clerk is directed to close the case in its entirety for all purposes.
4. The Court reserves jurisdiction over this action until June 30, 2014 to enforce the parties' settlement agreement.

**ORDERED** on October 9, 2012.

            **/s/ Richard Smoak**
            **RICHARD SMOAK**
            **UNITED STATES DISTRICT JUDGE**